No. 93–1819. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1868. ORTMAN v. OAKLAND COUNTY, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6289. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7161. MURRAY v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–8056. COPELAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8382. WILSON v. UNITED STATES;
No. 93–8403. WILLIAMS v. UNITED STATES; and
No. 93–8450. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8395. GUILLOU v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8559. GRIGGS v. KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–8737. RODENBAUGH v. RODENBAUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8740. RODENBAUGH v. RODENBAUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8750. WILLOUGHBY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–8751. WALKER v. LANHAM ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8753. WYATT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–8759. CARMICHAEL v. BRYANT, ATTORNEY GENERAL OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–8766. IRVINE v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.